SUE FAHAMI, NVSBN 5634
Acting United States Attorney
District of Nevada

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Social Security Administration
Office of the General Counsel, Office 7
6401 Security Boulevard
Baltimore, MD 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA A. SIMMONS<br><br>    Plaintiff,<br><br>    v.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,[1]<br><br>    Defendant. | Case No.: 2:24-cv-01968-JCM-DJA<br><br>**UNOPPOSED MOTION FOR EXTENSION OF TIME**<br>(*FIRST REQUEST*) |

Defendant, Michelle King, Acting Commissioner of Social Security (Defendant), respectfully requests that the Court extend the time for Defendant to respond to Plaintiff's Brief (Dkt. No. 14, filed on January 13, 2025), currently due on February 12, 2025, by 30 days, through and including March 14, 2025.  Defendant further requests that the deadline for Plaintiff's optional reply brief be extended to March 28, 2025.

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit.  No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

This is Defendant's first request for an extension of time to file a response. Good cause exists for this extension. Counsel is currently in the process of determining whether a settlement agreement is possible in this case. Additional time is required for Defendant's undersigned counsel and specialized attorneys within the undersigned's office to consider this option. If the case cannot be settled, then Defendant's counsel will proceed with filing Defendant's response to Plaintiff's Brief by the new due date of March 14, 2025. Counsel for Defendant advised counsel for Plaintiff of the need for this extension on February 10, 2025. Counsel for Plaintiff confirmed that Plaintiff does not object to this request.

It is therefore requested that Defendant be granted an extension of time to respond to Plaintiff's Brief, through and including March 14, 2025. This request is made in good faith and with no intention to unduly delay the proceedings.

Dated: February 10, 2025        Respectfully submitted,

SUE FAHAMI
Acting United States Attorney

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: __2/11/2025_____

# CERTIFICATE OF SERVICE

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **UNOPPOSED MOTION FOR EXTENSION OF TIME (*FIRST REQUEST*)** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

David F. Chermol
Chermol & Fishman, LLC
11450 Bustelton Ave
Philadelphia, PA 19116
215-464-7200
Fax: 215-464-7224
Email: fdc@ssihelp.us

Joshua R. Harris
Richard Harris Law Firm
801 South Fourth Street
Las Vegas, NV 89101
702-444-4444
Fax: 702-444-4455
Email: josh@richardharrislaw.com

Attorneys for Plaintiff


Dated: February 10, 2025

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

3