SUE FAHAMI
Acting United States Attorney
Nevada Bar No. 5634

DAVID PRIDDY, ILSBN 6313767
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
6401 Security Boulevard
Baltimore, Maryland 21235
Telephone: (510) 970-4801
Facsimile: (415) 744-0134
E-Mail: David.Priddy@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MELISSA A. SIMMONS, | Case No.: 2:24-cv-01968-JCM-DJA |
| Plaintiff, | |
| v. | **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |
| LELAND DUDEK, Acting Commissioner of Social Security,[1] | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

---

[1] Leland Dudek became the Acting Commissioner of Social Security on February 16, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Leland Dudek should be substituted for Michelle King as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

On remand, the Commissioner will remand the case to an administrative law judge (ALJ) for a new decision. The ALJ will further develop the record as necessary and issue a new decision.

The parties further request that the Clerk of the Court be directed to enter a final judgment in favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

Dated: March 12, 2025                  Respectfully submitted,

                                       CHERMOL & FISHMAN, LLC

                                       /s/ David F. Chermol
                                       DAVID F. CHERMOL
                                       (*as authorized via email on March 12, 2025)
                                       Attorney for Plaintiff

Dated: March 12, 2025                  Respectfully submitted,

                                       SUE FAHAMI
                                       Acting United States Attorney

                                       /s/ David Priddy
                                       DAVID PRIDDY
                                       Special Assistant United States Attorney
                                       Attorneys for Defendant

                              IT IS SO ORDERED:

                              _____
                              JAMES C. MAHAN
                              UNITED STATES DISTRICT JUDGE

                                            March 17, 2025
                              DATED: _____

2

**CERTIFICATE OF SERVICE**

I, the undersigned, am a citizen of the United States and am at least eighteen years of age. My business address is 6401 Security Boulevard, Baltimore, Maryland 21235. I am not a party to the above-entitled action. On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice of the filing:

David F. Chermol
Chermol & Fishman, LLC
11450 Bustelton Ave
Philadelphia, PA 19116
215-464-7200
Fax: 215-464-7224
Email: fdc@ssihelp.us

Joshua R. Harris
Richard Harris Law Firm
801 South Fourth St
Las Vegas, NV 89101
702-444-4444
Fax: 702-444-4455
Email: josh@richardharrislaw.com

Attorneys for Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 12, 2025

*/s/ David Priddy*
DAVID PRIDDY
Special Assistant United States Attorney

3